PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
DEC 07 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0218 KJM |
|---|---|
| Plaintiff, | ORDER TO SEAL |
| v. | |
| AARON REED | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney JEREMY J. KELLEY, and this Order, in the above-referenced case, be sealed until further order of the Court.

Dated: 12/7/2017

HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge

[PROPOSED] ORDER TO SEAL INDICTMENT