PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00218-JAM |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER |
| v. | |
| AARON REED, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Aaron Reed, by and through his undersigned counsel of record, hereby stipulate as follows:

1. The government has represented that discovery in this case consists of approximately 900 pages of documents, and contains personal information of minor victims including, but not limited to, names, dates of birth, telephone numbers, and addresses (hereinafter "Victim Information").

2. The confidentiality of such Victim Information is mandated under United States law, including 18 U.S.C. § 3509(d). For instance, materials containing Victim Information must be kept "in a secure place to which no person who does not have reason to know their contents has access." 18 U.S.C. § 3509(d)(1)(i). By this stipulation, the parties agree to maintain the security of confidential Victim Information as required by law.

3. The parties agree that because the defendant is currently in custody, he does not have a secure place to store any material containing Victim Information. As such, the parties agree and stipulate that

the defendant shall not be provided copies of any material containing Victim Information. The defendant may examine material containing Victim Information in the presence of his counsel or any member of counsel's staff, investigator(s), or retained expert(s) (hereinafter "Defense Team"). The Defense Team shall not, however, provide the defendant with copies of any material unless Victim Information has been redacted.

4. The parties agree that if the defendant is released from custody during the pendency of this matter, they will confer regarding whether a modified protective order is appropriate. The parties agree that the Defense Team shall not provide copies of material with Victim Information to the defendant until after the parties confer and after the parties have had a reasonable period of time (two weeks following conferment) to file any appropriate discovery or protective motions with the Court. If, at that time, either party files a motion regarding the disclosure of Victim Information to the defendant, the Defense Team shall not provide copies of material with Victim Information to the defendant until the motions are resolved and unless the Court authorizes such disclosure.

5. Pursuant to 18 U.S.C. § 3509(d)(1)(ii), the parties also agree that they shall not disclose Victim Information to any other person unless, by reason of their participation in the proceedings, they have reason to know such information.

6. Nothing in this stipulation will be construed to prevent defense counsel, and the Defense Team a reasonable opportunity to prepare.

7. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Victim Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated:  December 21, 2017					PHILLIP A. TALBERT
								United States Attorney

						By:	/s/ Jeremy J. Kelley
							JEREMY J. KELLEY
							Assistant U.S. Attorney


						By:	/s/ Alexandra A. Negin
							ALEXANDRA A. NEGIN
							Counsel for Aaron Reed

## ORDER

For good cause shown, the stipulation of counsel in criminal case no. 2:17-CR-00218-KJM is approved and so ordered

Dated:  December 21, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE